# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| BERNARD RAY RICHARDSON, | ) | |
|     Petitioner, | ) | Civil Case No. 7:14cv00550 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| HAROLD W. CLARKE, | ) | By: Michael F. Urbanski |
|     Respondent. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Richardson's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** as successive, his motion to remove the Magistrate Judge (Docket No. 3) is **DISMISSED** as moot, and this action shall be **STRICKEN** from the active docket of the court.

Further, finding that Richardson has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk of the Court is directed to send a copy of this order and accompanying memorandum opinion to the petitioner.

                                          Entered: December 16, 2014

                                          *Michael F. Urbanski*

                                          Michael F. Urbanski
                                          United States District Judge