IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

BERNARD RAY RICHARDSON,      )
      Petitioner,           )
                             )      Civil Case No. 7:14-cv-00550
v.                          )
                             )      By: Elizabeth K. Dillon
HAROLD W. CLARKE,          )         United States District Judge
      Respondent.         )

**ORDER**

For the reasons set forth in the accompanying memorandum opinion, it is hereby

ORDERED that petitioner's motion for reconsideration (Dkt. No. 7) is DENIED.

The Clerk shall provide a copy of this order and the memorandum opinion to petitioner.

Entered: May 6, 2015.

*Elizabeth K. Dillon*
United States District Judge